IN THE UNITED STATES DISTRICT COURT 
 FOR THE MIDDLE DISTRICT OF ALABAMA 
 NORTHERN DIVISION 

DANIEL LAMAR HATCHER, Reg. ) 
No. 12754-002, ) 
 ) 
 Petitioner, ) 
 ) 
 v. ) CASE NO. 2:20-CV-268-WKW 
 ) [WO] 
UNITED STATES OF AMERICA, ) 
 ) 
 Respondent. ) 

 ORDER 

 The Magistrate Judge has entered a Recommendation that Petitioner Daniel 
Lamar Hatcher’s 28 U.S.C. § 2241 motion be dismissed without prejudice for lack 
of jurisdiction and that the interest of justice does not warrant a 28 U.S.C. § 1631 
transfer of this case to the United States District Court for the Southern District of 
Mississippi. (Doc. # 4.) Petitioner has filed objections. (Doc. # 7.) Based upon an 
independent and de novo review of the Recommendation, see 28 U.S.C. § 636(b), 
the court finds that the Recommendation is correct and adopts the findings and 
conclusions therein as its own. Accordingly, it is ORDERED as follows: 
 (1) Petitioner’s Objections (Doc. # 7) are OVERRULED; 
 (2) The Recommendation (Doc. # 4) is ADOPTED; and 
 (3) Petitioner’s 28 U.S.C. § 2241 motion is DISMISSED without 
prejudice. 
 Final judgment will be entered separately. 
 A certificate of appealability will not be issued. For a petitioner to obtain a 

certificate of appealability, he must make “a substantial showing of the denial of a 
constitutional right.” 28 U.S.C. § 2253(c)(2). This showing requires that 
“reasonable jurists could debate whether (or, for that matter, agree that) the petition 

should have been resolved in a different manner or that the issues presented were 
adequate to deserve encouragement to proceed further.” Slack v. McDaniel, 529 
U.S. 473, 484 (2000) (citation and internal quotation marks omitted). And, where a 
petition is denied on procedural grounds, he “must show not only that one or more 

of the claims he has raised presents a substantial constitutional issue, but also that 
there is a substantial issue about the correctness of the procedural ground on which 
the petition was denied.” Gordon v. Sec’y, Dep’t of Corrs., 479 F.3d 1299, 1300 

(11th Cir. 2007) (citations omitted). “A ‘substantial question’ about the procedural 
ruling means that the correctness of it under the law as it now stands is debatable 
among jurists of reason.” Id. 
 Because reasonable jurists would not find the denial of Petitioner’s § 2241 

motion debatable, a certificate of appealability is DENIED. 
 DONE this 16th day of June, 2020. 
 /s/ W. Keith Watkins 
 UNITED STATES DISTRICT JUDGE